UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ANDRE WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>AEROTEK, INC.,<br><br>    Defendant. | Case No.: _____ |

NOTICE OF REMOVAL

Under 28 U.S.C. §§ 1441 and 1446, Defendant Aerotek, Inc. ("Aerotek") hereby removes this action from the District Court for Polk County, Iowa to the United States District Court for the Southern District of Iowa, Central Division.  Aerotek provides the following short and plain statement of the grounds for removal.

1.    On or about January 3, 2019, Plaintiff Andre Williams filed a civil action captioned *Andre Williams v. Aerotek, Inc.* (Case No. 05771 LACL143262) in the District Court of Polk County, Iowa.

2.    Aerotek was served with the initiating Petition on January 14, 2019.

3.    The civil action is removable because: (a) this Court has original (diversity) jurisdiction under 28 U.S.C. § 1332(a); and (b) Aerotek is not a forum defendant for purposes of 28 U.S.C. § 1441(b)(2).

4.    Under LR 81(a)(4), Aerotek states that diversity of citizenship exists because: (a) Aerotek is a citizen of the State of Maryland, in that it is a Maryland corporation with its principal place of business in Maryland; and (b) Plaintiff, upon information and belief, is a

1

citizen of the State of Iowa, in that he is a resident of Polk County, Iowa (Petition, ¶ 2) and, upon information and belief, domiciled there.

5.     Under LR 81(a)(4), Aerotek states that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, because: (a) Plaintiff is seeking recovery of emotional distress damages, medical expenses, "lost wages, benefits, future earnings, and other emoluments of employment" (Petition, ¶ 45); and (b) Plaintiff's alleged lost wages *alone* potentially exceed $75,000.  During the course of his employment, Plaintiff's regular rate of pay was $18.50/hour, or $740.00/week.  Plaintiff's employment allegedly ended on or about September 1, 2017 (Petition, ¶ 36).  For purposes of assessing the sum or value of the matter in controversy, alleged lost wages should be calculated through a hypothetical date of trial.  *See, e.g.,* <u>Fenlon v. Burch</u>, No. 15-0185, 2015 WL 928558, *2–4 (E.D. Mo. Mar. 4, 2015).  Here, a very conservative trial date would be September 1, 2019, two years after Plaintiff's employment ended.  Based on his regular rate of pay, Plaintiff's alleged lost wages over that two-year period potentially amount to $76,960 ($740/week x 104 weeks).

6.     Under LR 81(a)(1), copies of all process, pleadings and orders (if any) filed in the state court are attached hereto.

7.     Under LR 81(a)(2), Aerotek states that there are no motions pending in the state court.

8.     Under LR 81(a)(3), Aerotek states that the only counsel and firms to appear in the state court are Plaintiff's counsel:  Stuart L. Higgins, Higgins Law Firm, P.L.L.C., 701 13th St., Ste. 1, West Des Moines, IA, 50265, 515-619-9148 (phone), 515-777-1127 (facsimile), stuart@higginslawiowa.com.

9.      This Notice of Removal was timely filed, under 28 U.S.C. § 1446(b), because it was filed within thirty days after January 14, 2019, when the state court Notice and Petition were served on Aerotek.

10.     In accordance with 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Aerotek will: (a) give written notice to Plaintiff; and (b) file a copy of the Notice of Removal with the Clerk of the District Court of Polk County, Iowa.  Aerotek has complied with all other requirements of § 1446 for removing this action.

WHEREFORE, this action is hereby removed from the District Court of Polk County, Iowa to the United States District Court for the Southern District of Iowa.

Respectfully submitted,

/s/  Ryann A. Glenn
Ryann A. Glenn (#AT0010530)
Husch Blackwell LLP
13330 California St., Ste. 200
Omaha, NE  68154
Telephone: (402) 964-5000
Fax: (402) 964-5050
ryann.glenn@huschblackwell.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was electronically filed and served via first class mail, postage prepaid, this 4th day of February, 2019 upon:

Stuart L. Higgins
Higgins Law Firm, P.L.L.C.
701 13th St., Ste. 1
West Des Moines, IA 50265
stuart@higginslawiowa.com

/s/  Ryann A. Glenn
Ryann A. Glenn (#AT0010530)

3